OFFICE OF DISCIPLINARY COUNSEL *v.* JONES.

[Cite as *Disciplinary Counsel v. Jones* (1993), 66 Ohio St.3d 74.]

(No. 92–2538—Submitted February 2, 1993—Decided April 7, 1993.)

*J. Warren Bettis*, Disciplinary Counsel, and *Harald F. Craig III*, Assistant Disciplinary Counsel, for relator.

*Koblentz & Koblentz* and *Richard S. Koblentz*, for respondent.

*Per Curiam.* Upon review of the evidence, we hereby adopt the findings of the board. We decline, however, to adopt the board's recommended sanction, finding that respondent's misconduct warrants a more severe penalty. Accordingly, respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.